PER CURIAM.
 

 We affirm Appellant’s convictions and sentences for conspiracy to traffic in 200 grams or more of methamphetamine; trafficking in 200 grams or more of methamphetamine; possession of listed chemical; and tampering with physical evidence. On each of these counts the circumstantial proof was sufficient to support the jury verdict. Based upon double jeopardy grounds, we vacate the conviction and sentence for manufacture of methamphetamine.
 
 Ford v. State,
 
 749 So.2d 570 (Fla. 5th DCA 2000).
 

 AFFIRMED IN PART; VACATED IN PART.
 

 GRIFFIN, MONACO and TORPY, JJ., concur.